UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALLIANCE GLAZING TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:19 CV 1889 RWS |
| WHEATON & SPRAGUE ENGINEERING, INC., | ) ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

For the reasons discussed with counsel during today's scheduling conference,

**IT IS HEREBY ORDERED** that the **Rule 16 conference in this matter is continued to January 31, 2020 at 10:00 a.m. in Courtroom 16-South**. The parties shall submit a revised joint proposed scheduling plan in conformity with this Court's prior Order Setting Rule 16 Conference [Doc. # 19] by no later than **noon on January 27, 2020**.

**IT IS FURTHER ORDERED** that the parties may engage in limited discovery as discussed during the conference, which includes written discovery, document requests directed at parties and non-parties, and custodial depositions only.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of October, 2019.