UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALLIANCE GLAZING TECHNOLOGIES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:19 CV 1889 RWS<br>) |
| WHEATON & SPRAGUE ENGINEERING, INC., | )<br>)<br>) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

In light of the anticipated joinder of third-party defendants in this action,

**IT IS HEREBY ORDERED** that the motion to extend deadline [29] is granted as follows: the Rule 16 conference in this matter, currently set for January 31, 2020 at 10:00 a.m. in Courtroom 16-South, is vacated and will be reset by further Order of this Court as appropriate after the third-party defendants have been joined in this case. The parties do not have to submit a revised joint proposed scheduling plan on January 27, 2020 as previously ordered.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of January, 2020.