UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALLIANCE GLAZING TECHNOLOGIES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:19 CV 1889 RWS |
| WHEATON & SPRAGUE ENGINEERING, INC., | ) ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM AND INITIAL CASE MANAGEMENT ORDER**

After careful consideration of the parties' respective positions [119],

**IT IS HEREBY ORDERED** that AGT, IWR, and Wheaton may conduct written discovery in accordance with the Federal Rules of Civil Procedure on issues unrelated to the Limited Issues, but no depositions may take place absent agreement of the parties or further Order of this Court.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of October, 2020.